PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:24-po-00022-CDB |
| Plaintiff, | [Citation #E1281154, CA10] |
| v. | |
| LORENA GAMBOA, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00022-CDB [Citation #E1281154, CA10] against LORENA GAMBOA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 26, 2024                    Respectfully submitted,

                                         PHILLIP A. TALBERT
                                         United States Attorney

                              By:    /s/ Chan Hee Chu
                                     CHAN HEE CHU
                                     Assistant United States Attorney

1
2

# O R D E R

3      IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule

4   48(a), Fed. R. Crim. P., that Case No. 5:24-po-00022-CDB [Citation #E1281154, CA10] against

5   LORENA GAMBOA be dismissed, without prejudice, in the interest of justice.

6   IT IS SO ORDERED.

7      Dated:   **March 26, 2024**

8                                          UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

USA v. Gamboa
Case No. 5:24-po-00022-CDB